United States District Court
Southern District of New York

David Carter

vs.

Deputy Warden Malcolm
Deputy Warden Cook
Captain Erskine
Correction Officer Armani
Correction Officer Young

@ MODU Lower "B" A.M.K.C. - Riker's Island

18CV9751

Trial by Judge

In memory of the inmates who have died because D.O.C. had failed to execute timely emergency medical treatment or deliberately stood by and did nothing but laugh.....

Pro Se information

Mr. David Carter #8951700969
A.M.K.C. - Riker's Island
18-18 Hazen Street
East Elmhurst, N.Y. 11370
#N.Y.S.I.D 4613486L

## Defendants Information

1# Deputy Warden Malcolm
2# Deputy Warden Cook
3# Captain Erskine
4# Correction Officer Armani
5# Correction Officer Young

" all above or Employed by N.Y.C.D.O.C.C.S. and work @ A.M.K.C. - Riker's Island 11pm - 7am tour "

" Time, Date, Location of Incident "

Time — 12:30 Am
Date — 10/15/2018
Location — MOD "Lower" "B" Side
{ CAPS 2 } A.M.K.C. - Riker's Island
while occupying #1 cell.

"Merit of Complaint."

1) deliberate denial of emergency medical care with pun intended in order to humiliate, cause trouble with other inmates, cause trauma, pain, with the ulterior motive to cause death in retaliation of previous 311 complaints and past law suits as well as recent mainly (N.Y.P.D. Internal Affairs #2018-35665) etc.

2) No relief herein stated such as being at least seen by nurse to check pulse, E.K.G. exam or Blood Pressure.

Victim of threats & retaliations to spray with pepper spray & further retaliating consequences

## Grievance Info

Grievance or Voluntary Statement
Avoid or (Form {denied}) statement
{denied} vehemently

## Deputy Warden's or captain
Denied services

## Injury

Pain and suffering, thoughts
{trauma} of Death, chest pains
Severe breathing problems, etc.
Medical treatment Denied
for Emergency Diagnosis.
chief complaint:
{Soreness of throat}
{Chest pain}
{Heart Rapid Beat}
{Dizziness / Light Headed}
{Blood Pressure high}
feel ailment

{Actual Complaint}

I Notified C.O. Young, C.O. Armani of my Emergency medical complaint of Dizziness, Chest pain, loss of Breath, Heart rapid beat, Deputy Warden Cook, Deputy Warden Malcolm, Captain Erskine all said no to my complaints and watched me spit up "Blood" and failed to have me treated @ Hospital or Harts Island clinic @ A.M.K.C. Rikers Island {C-95 - C-71} for Emergency services and laughed at me CO's Young & Armani. Deputy wardens

and Captain's escort officer threatened to spray me with pepper spray in order to cause fear and me to stop seeking the appropriate medical care.

(I strongly be kwowing the facts to be true)

Mr. David Canton Sr.

September 15th, 2018

# 8951700969

N.Y.S.I.D # 4613486L

Relief sought

Award of $15 million dollars + court order to stipulate details of urgent care and necessary Emergency medical and timely response....

penalty for retaliation



David [Gaster] #8951700969
M.K.C. - Rikers Island
13 Hazen Street
East Elmhurst, N.Y. 11370

LEGAL MAIL

Pro Se Office
United States District Court
Southern District of N.Y.
500 Pearl Street
New York, N.Y. 10007